IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

    v.                          No. 07-50054

GUY WESLEY HAMILTON                                              DEFENDANT

### ORDER

Now on this 10th day of December, 2007, the above referenced matter comes on for consideration of the defendant's **Motion for Release Pending Sentencing** (Doc. 33) and the government's response thereto.

1. The defendant is currently in custody after having entered a plea of guilty to the charge of knowingly possessing visual depictions of a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2). In the motion now before the Court, the defendant requests that he be released from custody pending sentencing.

2. For the reasons stated in the government's response, 18 U.S.C. § 3143(a)(2) requires that the defendant be detained pending sentencing.

3. Defendant's motion is, therefore, **DENIED**.

IT IS SO ORDERED.

                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE